UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

JOSE AVILA,

          Plaintiff,

     v.                                          Case No. 05-C-681

VECTOR TECHNOLOGIES, LTD., and
INDUSTRIAL VACUUM EQUIPMENT
CORP.,

          Defendants.

_____

ORDER

On June 27, 2005, *pro se* plaintiff Jose Avila filed a complaint against the named defendants. On July 12, 2005, defendant Vector Technologies filed a motion to dismiss and a brief in support of the motion. Avila did not respond to Vector's motion within the twenty-one (21) days permitted by Civ. L.R. 7.1(b) (E.D. Wis.).

The court will grant Avila seven (7) days from the date of this order to submit a responsive brief to Vector's motion <u>and</u> to show good cause for his failure to file a response in a timely manner; otherwise, the court will dismiss his action

against Vector with prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

SO ORDERED.

Dated at Milwaukee, Wisconsin, this 9th day of August, 2005.

BY THE COURT:

s/J. P. Stadtmueller
J.P. Stadtmueller
U.S. District Judge